UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY KRUSE, )
        Plaintiff, )
v. )   No. 1:23-cv-330
 )
 )   Honorable Paul L. Maloney
KAROLYN RILLEMA, *et al.*, )
        Defendants. )
 )

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS**.

    **THIS ACTION IS TERMINATED**.

    **IT IS SO ORDERED**.

Date: July 6, 2023                                                    /s/ Paul L. Maloney
                                                                                   Paul L. Maloney
                                                                                   United States District Judge